C. A. No. 74-63. STATE *v.* RICHARD E. FREEMAN AND JOHN M. ABBOTT. Motion of the State to clarify the record is denied as being moot. *Julius C. Michaelson,* Attorney General, *John A. Murphy,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Peter DiBiase,* Asst. Public Defender, for defendants.

C. A. No. 76-119. STATE *v.* RALPH DeMASI. Motion of defendant for bail is denied as moot. Bevilacqua, C. J. not participating. *Julius C. Michaelson,* Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.

C. A. No. 76-123. STATE *v.* MILTON C. MASSEY III. Motion of the defendant to transmit the record out of time is granted. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst,* Asst. Public Defender, for defendant.